BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DAVIS

FILED

SEP - 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-0065 MHP |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| v. | ) |
| RAYNARD DAVIS, | ) |
| Defendant. | ) |

Having entered a guilty plea to unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1), defendant Raynard Davis is scheduled to be sentenced by this Court on September 12, 2005.

Defense counsel will be in trial on September 12, 2005. Moreover, government counsel would like additional time to prepare an appropriate sentencing recommendation.

Mr. Davis is out of custody, gainfully employed, and compliant with the conditions of his pretrial release.

Accordingly, the parties agree and stipulate that the sentencing shall be continued to October 17, 2005 at 9:00 AM. Probation Officer Kenneth Gibson has been informed of the

///

CR 05-0065 MHP; STIP TO CONTINUE
SENTENCING                                    1

1  requested continuance and is available on October 17.

2      IT IS SO STIPULATED.

3  Dated: 9/6/05

                                          BARRY J. PORTMAN
                                          Federal Public Defender
                                          JOSH COHEN
                                          Assistant Federal Public Defender

Dated: 9/6/05

                                          KEVIN V. RYAN
                                          United States Attorney
                                          THOMAS MAZZUCCO
                                          Assistant United States Attorney

    Accordingly, and for good cause shown, the sentencing hearing scheduled for September 12, 2005 is hereby continued until October 17, 2005 at 9:00 AM.

    IT IS SO ORDERED.

Dated: 9/6/05

                                          MARILYN HALL PATEL
                                          UNITED STATES DISTRICT JUDGE