BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DAVIS

FILED
OCT 1 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAYNARD DAVIS, ) <br> ) <br> Defendant. ) | No. CR-05-0065 MHP <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING** |

Having entered a guilty plea to unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1), defendant Raynard Davis is scheduled to be sentenced by this Court on October 17, 2005.

Government counsel has requested additional time to prepare a sentencing recommendation. Mr. Davis wishes additional time to demonstrate to the government and the Court that a lenient sentencing recommendation is warranted. He is out of custody, in compliance with the conditions of his release, and working full-time doing demolition work in connection with the retrofit of the Bay Bridge.

Accordingly, the parties agree and stipulate that the sentencing shall be continued to November 21, 2005 at 9:00 AM, or a future date to be set by the Court. Probation Officer

CR 05-0065 MHP; STIP TO CONTINUE
SENTENCING                                            1

1  Kenneth Gibson has been informed of the requested continuance and is available on November
2  21, 2005.
3       IT IS SO STIPULATED.
4  Dated:    10/11/05

   BARRY J. PORTMAN
   Federal Public Defender
   JOSH COHEN
   Assistant Federal Public Defender

7  Dated:    10/11/05

   KEVIN V. RYAN
   United States Attorney
   THOMAS MAZZUCCO
   Assistant United States Attorney

11      Accordingly, and for good cause shown, the sentencing hearing scheduled for September
12  12, 2005 is hereby continued until November 21, 2005 at 9:00 AM.
13      IT IS SO ORDERED.
14  Dated:   10/12/05

   MARILYN HALL PATEL
   UNITED STATES DISTRICT JUDGE

CR 05-0065 MHP; STIP TO CONTINUE
SENTENCING                              2