BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAYNARD DAVIS, ) <br> ) <br> Defendant. ) <br> ) | No. CR-05-0065 MHP <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER TO CONTINUE SENTENCING** |

Having entered a guilty plea to unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1), defendant Raynard Davis is scheduled to be sentenced by this Court on November 21, 2005.

Government counsel has requested additional time to prepare a sentencing recommendation. Mr. Davis wishes additional time to demonstrate to the government and the Court that a lenient sentencing recommendation is warranted. He is out of custody, in compliance with the conditions of his release, and working full-time doing construction work at the Naval Yard.

Accordingly, the parties agree and stipulate that the sentencing shall be continued to January 23, 2006 at 9:00 AM, or a future date to be set by the Court. Probation Officer Kenneth

CR 05-0065 MHP; STIP TO CONTINUE
SENTENCING                                     1

1 | Gibson has been informed of the requested continuance and is available on January 23, 2006.

2 |         IT IS SO STIPULATED.

3 | Dated:  11/14/05

_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

6 | Dated:  11/14/05

_____
KEVIN V. RYAN
United States Attorney
THOMAS MAZZUCCO
Assistant United States Attorney

10 |         Accordingly, and for good cause shown, the sentencing hearing scheduled for November 21, 2005 is hereby continued until January 23, 2006 at 9:00 AM.

12 |         IT IS SO ORDERED.

13 | Dated: 11/16/2005

_____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

[Seal: United States District Court, Northern District of California — Judge Marilyn H. Patel]

CR 05-0065 MHP; STIP TO CONTINUE
SENTENCING                                    2