BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-0065 MHP |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE SENTENCING** |
| v. ) | |
| ) | |
| RAYNARD DAVIS, ) | |
| ) | |
| Defendant. ) | |

    Having entered a guilty plea to unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1), defendant Raynard Davis is scheduled to be sentenced by this Court on January 23, 2006.

    Government counsel, who will be in trial on January 23, has requested additional time to prepare a sentencing recommendation. Mr. Davis wishes additional time to demonstrate to the government and the Court that a lenient sentencing recommendation is warranted. He is out of custody, in compliance with the conditions of his release, and working full-time doing construction work.

    Accordingly, the parties agree and stipulate that the sentencing shall be continued to

///

CR 05-0065 MHP; STIP TO CONTINUE
SENTENCING                          1

1  February 27, 2006 at 9:00 AM, or a future date to be set by the Court.

2      IT IS SO STIPULATED.

3  Dated: 12/30/05

                                        BARRY J. PORTMAN
4                                          Federal Public Defender
                                        JOSH COHEN
5                                          Assistant Federal Public Defender

6
   Dated: 1/2/06
7                                          KEVIN V. RYAN
                                        United States Attorney
8                                          THOMAS MAZZUCCO
                                        Assistant United States Attorney

9

10      Accordingly, and for good cause shown, the sentencing hearing scheduled for January 23,

11  2006 is hereby continued until February 27, 2006 at 9:00 AM.

12      IT IS SO ORDERED.

13  Dated: January 5, 2006

                                        MARILYN HALL PATEL
14                                         UNITED STATES DISTRICT JUDGE

CR 05-0065 MHP; STIP TO CONTINUE
SENTENCING                        2