1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant DAVIS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   No. CR-05-0065 MHP
                                  )
12 |              Plaintiff,      )   STIPULATION AND [PROPOSED]
                                  )   ORDER TO CONTINUE SENTENCING
13 |         v.                   )
                                  )
14 | RAYNARD DAVIS,               )
                                  )
15 |              Defendant.      )
                                  )
16

17     Having entered a guilty plea to unlawful possession of a firearm in violation of 18 U.S.C.

18 § 922(g)(1), defendant Raynard Davis is scheduled to be sentenced by this Court on February 27,

19 2006.

20     Government counsel has requested one additional continuance to prepare a sentencing

21 recommendation. Mr. Davis wishes additional time to demonstrate to the government and the

22 Court that a lenient sentencing recommendation is warranted. He is out of custody, in

23 compliance with the conditions of his release, and working full-time.

24     Accordingly, the parties agree and stipulate that the sentencing shall be continued to

25 ///

26 ///

CR 05-0065 MHP; STIP TO CONTINUE
SENTENCING                                        1

1 | March 20, 2006 at 9:00 AM.

2 | IT IS SO STIPULATED.

3 | Dated: 2/22/06

_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 2/22/06

_____
KEVIN V. RYAN
United States Attorney
THOMAS MAZZUCCO
Assistant United States Attorney

Accordingly, and for good cause shown, the sentencing hearing scheduled for February 27, 2006 is hereby continued until March 20, 2006 at 9:00 AM.

IT IS SO ORDERED.

Dated: 2/24/2006

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Marilyn H. Patel* (stamp)

CR 05-0065 MHP; STIP TO CONTINUE SENTENCING
2