1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant DAVIS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   No. CR-05-0065 MHP
                                      )
12              Plaintiff,            )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO CONTINUE SENTENCING
13        v.                          )
                                      )
14  RAYNARD DAVIS,                    )
                                      )
15              Defendant.            )
    _____ )
16

17        Having entered a guilty plea to unlawful possession of a firearm in violation of 18 U.S.C.

18  § 922(g)(1), defendant Raynard Davis is scheduled to be sentenced by this Court on March 20,

19  2006.

20        Government counsel has requested a final, one-week continuance to prepare a sentencing

21  recommendation.  Mr. Davis, who is out of custody and working full-time, does not oppose the

22  requested continuance.  However, defense counsel will be in trial on March 27 and April 3.  The

23  parties have thus agreed to continue sentencing until April 10, 2006, provided the Court is

24  available on that date.

25        Accordingly, the parties agree and stipulate that the sentencing shall be continued to

26  ///

    CR 05-0065 MHP; STIP TO CONTINUE
    SENTENCING                              1

1   April 10, 2006 at 9:00 AM.

2           IT IS SO STIPULATED.

3   Dated:  3/14/06

        BARRY J. PORTMAN
4       Federal Public Defender
        JOSH COHEN
5       Assistant Federal Public Defender

6   Dated:  3/14/05

7       KEVIN V. RYAN
        United States Attorney
8       THOMAS MAZZUCCO
        Assistant United States Attorney

9

10          Accordingly, and for good cause shown, the sentencing hearing scheduled for March 20,

11  2006 is hereby continued until April 10, 2006 at 9:00 AM.

12          IT IS SO ORDERED.

13  Dated:  March 15, 2006

14      MARILYN HALL PATEL
        UNITED STATES DISTRICT JUDGE
15

16      IT IS SO ORDERED

17      Judge Marilyn H. Patel

18

19

20

21

22

23

24

25

26