BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-0065 MHP |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| v. | ) | |
| RAYNARD DAVIS, | ) | |
| Defendant. | ) | |

Having entered a guilty plea to unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1), defendant Raynard Davis is scheduled to be sentenced by this Court on April 10, 2006.

Defense counsel will be in trial on April 10, 2006. Government counsel will be unavailable for the remainder of April, and defense counsel will be unavailable from May 1 through May 3, 2006. Both counsel have devoted considerable resources to the case and wish to be personally present at sentencing. Mr. Davis, who is out of custody and working full-time, does not oppose a continuance of his sentencing date.

///

///

CR 05-0065 MHP; STIP TO CONTINUE
SENTENCING                                  1

1    Accordingly, having consulted the Court's deputy, the parties agree and stipulate that the
2    sentencing presently scheduled for April 10, 2006 shall be continued to May 8, 2006 at 9:00 AM.
3    IT IS SO STIPULATED.
4    Dated: 4/5/06

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 4/5/x

KEVIN V. RYAN
United States Attorney
THOMAS MAZZUCCO
Assistant United States Attorney

**ORDER**

Accordingly, and for good cause shown, the sentencing hearing scheduled for April 10, 2006 is hereby continued until May 8, 2006 at 9:00 AM.

IT IS SO ORDERED.

Dated: 4/7/2006

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

CR 05-0065 MHP; STIP TO CONTINUE
SENTENCING                                    2